& Weber, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SALMON, Appellant, v. TROUPIANSKY, Respondent. (Supreme Court, Appellate Division, Second Department. May 6, 1910.) Action by Isaac Salmon against Benjamin Troupiansky. No opinion. Motion granted, without costs. See, also, 122 N. Y. Supp. 1144; infra.

SALMON, Appellant, v. TROUPIANSKY, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Isaac Salmon against Benjamin Troupiansky. No opinion. Order denying motion for a new trial on the ground of newly discovered evidence affirmed, with costs. See, also, supra and infra.

SALMON, Appellant, v. TROUPIANSKY, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Isaac Salmon against Benjamin Troupiansky. No opinion. Order denying motion for new trial, under section 999 of the Code, affirmed, with costs. See, also, supra.

SANDERS, Respondent, v. NEW YORK & B. BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 10, 1910.) Action by Louisa Sanders against the New York & Brooklyn Brewing Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re SANDS. (Supreme Court, Appellate Division, First Department. April 29, 1910.) In the matter of Emma C. Sands, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

SAPIRO, Appellant, v. BATZAR et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Julius Sapiro against Samuel Batzar and others. A. H. Sarasohn, for appellant. C. Eno, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

SARACENA, Respondent, v. LAMBRECHT et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Victor Saracena against Charlotte Lambrecht and others. T. H. Lord, for appellants. G. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SARACENA, Respondent, v. LAMBRECHT et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1910.) Action by Amelia Saracena against Charlotte Lambrecht and others. T. H. Lord, for appellants. G. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHERNSTEIN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by Sadie Schernstein against the City of New York. T. Connoly, for appellant. N. D. Stern, for respondent. No opinion. Judgments and orders affirmed, with costs. Orders filed.

SCHIFF, Appellant, v. GREENWALD et al., Respondents. (Supreme Court, Appellate Division, First Department. June 10, 1910.) Action by Harry Schiff against Isaac Greenwald and others. E. A. Klein, for appellant. J. G. Grauer, for respondents. No opinion. Order reversed, without costs, and motion granted on terms stated in order. Order filed.

SCHILDKRAUT et al., Respondents, v. SELEY, Appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1910.) Action by Edward Schildkraut and another against Simon M. Seley. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

In re SCHLEIMER. (Supreme Court, Appellate Division, First Department. May 13, 1910.) In the matter of Abraham B. Schleimer, an attorney. No opinion.

In re SCHLEIMER. (Supreme Court, Appellate Division, First Department. May 27, 1910.) In the matter of Abraham B. Schleimer. No opinion. Reference ordered. Settle order on notice. See, also, supra.

SCHMEISER, Appellant, v. LESSLER, Respondent. (Supreme Court, Appellate Division, Second Department. June 17, 1910.) Action by Charles Schmeiser against Montague Lessler.

PER CURIAM. Judgment and order affirmed, with costs.

BURR, J., dissents.

SCHNAIER, Respondent, v. ONWARD CONST. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 27, 1910.) Action by Milton Schnaier against the Onward Construction Company and another. L. L. Kellogg, for appellants. M. J. O'Brien, for respondent. No opinion. Judgment and orders affirmed, with costs. Order filed.

SCHOENFELD, Respondent, v. DALLEY, Appellant. (Supreme Court, Appellate Division, First Department. June 17, 1910.) Action by David Schoenfeld against Henry Dalley. J. L. Boisse, for appellant. A. K. Kuhn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHOOP, Respondent, v. MOON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1910.) Action by Catherine Schoop against George Moon, Jr. No opinion. Order affirmed, with $10 costs and disbursements.